STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT
P.O. Box 16577
Lake Charles LA 70616
(337) 433-9403

# NOT  DESIGNATED  FOR  PUBLICATION

> Judgment on rehearing rendered and mailed to all parties or counsel of record on **November 7, 2018**.

**REHEARING ACTION: November 7, 2018**


**Docket Number: 18   00193-CA**

**AMANDA BERTRAND**
**VERSUS**
**PROGRESSIVE SECURITY INSURANCE**
**COMPANY**

**Appealed from Calcasieu Parish Case No. 2014-2898**


**BEFORE JUDGES:**

   Hon. Sylvia R. Cooks
   Hon. John D. Saunders
   Hon. Elizabeth A. Pickett


As counsel of record in the captioned case, you are hereby notified that:


The application for rehearing filed by **Amanda Bertrand** is **DENIED.**

**and**

The request for reconsideration of decision not to publish opinion filed by **Progressive Security Insurance Company** is **DENIED.**


cc: David A. Strauss, Counsel for the Appellee
    Fabian M. Nehrbass, Counsel for the Appellee
    John Ezell Jackson, Counsel for the Appellant